FRED CAMP, Respondent, v. DOROTHY F. BRENGEL et al., Appellants.—

Wenzel, Acting P. J., MacCrate, Schmidt, Murphy and Ughetta, JJ., concur.

JOAN FLEISHMAN, Respondent, v. RAYMOND FLEISHMAN, Appellant.—

No opinion. Nolan, P. J., Wenzel, MacCrate, Murphy and Ughetta, JJ., concur.